```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**NICKIE L. WOODIE,**

      Plaintiff

v.                                              Civil Action No. 2:09-088

**MICHAEL J. ASTRUE,**
Commissioner of Social Security,

      Defendant

<u>MEMORANDUM OPINION AND ORDER</u>

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Mary E. Stanley, entered on July 27, 2009; and the magistrate judge having recommended that the court grant the defendant's motion to dismiss the plaintiff's complaint; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

    1.    The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein; and

    2.    The defendant's motion to dismiss be, and it hereby is,

granted.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

                              DATED:  August 14, 2009

                              _____
                              John T. Copenhaver, Jr.
                              United States District Judge